UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Kevin Tyler BLUM, ) <br> ) <br> Defendant. ) <br> ) | Magistrate Case No. '21 MJ2921 <br><br> COMPLAINT FOR VIOLATION OF: <br><br> Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about July 19, 2021, within the Southern District of California, Defendant Kevin Tyler BLUM, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that aliens, namely, Anabel Melo-Perez, Sofia Melo-Olivera and A.C.F.S., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th of July 2021.

HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Anabel MELO-Perez, Sofia MELO-Olivera and A.C.F.S., are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 19, 2021, at approximately 10:09 P.M., Kevin Tyler BLUM (Defendant), a United States Citizen, applied for admission into the United States from Mexico through the vehicle primary inspection lanes at the San Ysidro, California Port of Entry. Defendant was the driver and sole visible occupant of a 2008 Kia Sorento LX at time of inspection. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant stated he was going to San Diego, California with nothing to declare from Mexico. The primary CBP Officer elected to inspect the rear cargo compartment area of the vehicle, noticed a small opening that led to a non-factory compartment. The CBP Officer illuminated his flashlight towards the small opening and observed an aqua-blue fabric material. The CBP Officer then lifted a plastic molding that led to the non-factory compartment and discovered a human arm of a subject concealed within. Assistance was requested over radio communications with other CBP Officers responding. Defendant was immediately secured and escorted to secured office. The vehicle was driven by another CBP Officer for further inspection.

In secondary, the vehicle's rear cargo compartment area was accessed by CBP Officers and instructed the undocumented aliens to exit the compartment area. The individuals were later identified as Anabel MELO-Perez (Material Witness 1), Sofia MELO-Olivera (Material Witness 2) and A.C.F.S., (Material Witness 3), determined to be citizens of Mexico, with no entitlements to enter, pass through or reside in the United States.

On July 20, 2021, at approximately 12:10 A.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant denied knowledge of the individuals concealed in the vehicle he was driving. Defendant stated his friend let him barrow his car so he could go to the hospital in San Diego to get the stitches removed from his forehead.

Material Witnesses admitted to being citizens of Mexico, with no legal documents to enter the United States. Material Witness 1 admitted to personally making the smuggling arrangements for all of them to be unlawfully transported into the United States for a total agreed smuggling payment of $15,000 USD each. Material Witnesses were shown a photo lineup containing six photographs, to include the Defendant, and were not able to identify anyone. Material Witnesses stated they intended to travel to different locations in California to reside and seek employment.